IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JACK RICHARD RAGER,              )
                                 )
                    Plaintiff,   )    CIVIL ACTION NO. 20-390
                                 )
        v.                       )    JUDGE BLOCH
                                 )
ANDREW M. SAUL,                  )    *(Electronic Filing)*
Commissioner of Social Security, )
                                 )
                    Defendant.   )

## JUDGMENT ORDER

AND NOW, this __18__ day of ___March_____, 2021, the Court having separately

ordered the remand of this action for further administrative proceedings pursuant to the fourth

sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule

58 of the Federal Rules of Civil Procedure. Judgment is ordered in favor of Plaintiff and against Defendant.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE