IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK RICHARD RAGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-390 |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 4th day of August, 2022, upon consideration of Plaintiff's Motion for Attorney's Fees Pursuant to Social Security Act § 206(b)(1) (Doc. No. 29), filed in the above captioned matter on June 27, 2022, and in further consideration of Defendant's response thereto (Doc. No. 32), filed on July 13, 2022,

IT IS HEREBY ORDERED that said motion is GRANTED. IT IS FURTHER ORDERED that attorney fees in the amount of $8,401.00 are awarded for Court-related services in this matter to Plaintiff's counsel, Howard D. Olinsky, Esquire, pursuant to 42 U.S.C. § 406(b). Upon receipt of this sum, Plaintiff's counsel shall remit to Plaintiff $6,000.00, representing the sum already paid to Attorney Olinsky under the Equal Access to Justice Act on June 24, 2021. In so ordering, the Court notes that, on June 7, 2022, the Social Security Administration ("SSA") awarded Plaintiff $57,604.00 in past-due benefits, and that it initially withheld $14,401.00 to account for attorney fees, representing 25 percent of these past-due benefits. On that same date, however, the SSA awarded Plaintiff's counsel $6,000.00, representing the amount of fees under 42 U.S.C. § 406(a) for time spent representing Plaintiff at the administrative level.

2

Accordingly, upon entry of this Order, the total amount of attorney fees that have been approved is $14,401.00, which equals, but does not exceed, 25 percent of the past-due benefits awarded to Plaintiff by the SSA.

s/Alan N. Bloch  
United States District Judge

ecf:		Counsel of record